**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUBMIA**

|  |  |  |
|---|---|---|
| ENVIRONMENTAL INTEGRITY PROJECT, et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:17-cv-01439-ABJ |
| SCOTT PRUITT, in his official capacity as Administrator, U.S. Environmental Protection Agency, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

**TO THE CLERK:**

Please enter the appearance of Justin D. Heminger, D.C. Bar No. 974809, as counsel in this case for the Defendant, Scott Pruitt, Administrator, U.S. Environmental Protection Agency (EPA). Mr. Heminger will be substituted as counsel in place of Eileen T. McDonough, who previously entered an appearance of behalf of EPA.

Mr. Heminger will register to use the Court's CM/ECF system and therefore may be served electronically using that system. If necessary, notices, orders, or other papers may be delivered to Mr. Heminger at either of the following addresses:

**FIRST CLASS MAIL**

> U.S. Department of Justice
> Environment & Natural Resources Division
> Environmental Defense Section
> P.O. Box 7611
> Washington, DC 20044

**OVERNIGHT OR HAND DELIVERY**

    U.S. Department of Justice
    Environment & Natural Resources Division
    Environmental Defense Section
    601 D Street, N.W., Suite 8000
    Washington, DC 20004

Dated: September 6, 2017           Respectfully submitted,

                                                             JEFFREY H. WOOD
                                                           Acting Assistant Attorney General
                                                           Environment & Natural Resources Division

                                                           */s/ Justin D. Heminger*
                                                           JUSTIN D. HEMINGER
                                                           D.C. Bar No. 974809
                                                           U.S. Department of Justice
                                                           Environment & Natural Resources Division
                                                           Environmental Defense Section
                                                           P.O. Box 7611
                                                           Washington, DC 20044
                                                           Telephone: (202) 514-2689
                                                           Fax: (202) 514-8865
                                                           justin.heminger@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on September 6, 2017, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.