# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL INTEGRITY PROJECT, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> SCOTT PRUITT, Administrator, U.S. Environmental Protection Agency, <br><br> *Defendant*. | Civil Action No. 1:17-cv-1439-ABJ <br><br> JUDGE AMY BERMAN JACKSON |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Environmental Integrity Project, Sierra Club, Air Alliance Houston, and Texas Environmental Justice Advocacy Services (collectively, "Plaintiffs") hereby move for summary judgment on the claims asserted in their First Consolidated Amended Complaint for the reasons presented in the attached Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Summary Judgment, the attached Statement of Material Facts as to Which There is no Genuine Issue, and the attached declarations and exhibits. Plaintiffs respectfully request that the court grant their Motion for Summary Judgment and enter judgment against the Defendant, the Administrator of the United States Environmental Protection Agency, Scott Pruitt ("Administrator" or "EPA").

Plaintiffs filed this action to compel the Administrator to fulfill duties mandated by the Clean Air Act, §§ 7401-7671q, to protect and enhance the quality of the Nation's air resources and welfare in communities within its borders. Through this Motion, Plaintiffs seek an order finding that the Administrator has failed to perform his nondiscretionary duty under the Clean Air Act to grant or deny Plaintiffs' petitions to object to proposed Title V operating permits for ExxonMobil's

Baytown Olefins Plant and Refinery, Petrobras's Pasadena Refinery, Motiva's Port Arthur Refinery, and Southwestern Electric Power Company's Welsh Power Plant located in Texas. Plaintiffs further request that the court order the Administrator to grant or deny each of their five petitions no later than March 1, 2018.

Respectfully submitted this 3rd day of November, 2017.

/s/ *Adam Kron*
ADAM KRON
D.C. Bar No. 992135
Environmental Integrity Project
1000 Vermont Ave. N.W., Suite 1100
Washington, D.C. 20005
Phone: (202) 263-4451
akron@environmentalintegrity.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, I filed the foregoing Plaintiffs' Motion for Summary Judgment using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

/s/ Adam Kron